

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JACK E. FURAY | ) |
| | ) |
| | ) CASE NO.: 2:12-cv-01048 |
| Plaintiff, | ) |
| | ) |
| | ) Judge Edmund A. Sargus |
| | ) Magistrate Judge Norah McCann King |
| v. | ) |
| | ) |
| | ) |
| LVNV FUNDING, LLC | ) |
| | ) |
| REASURGENT CAPITAL SERVICES, LP | ) |
| | ) |
| Defendants | ) |

## PLAINTIFF'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AGAINST THE ABOVE STYLED CASE

Comes now the Plaintiff who moves the Court to dismiss this case. After careful consideration Plaintiff has made the decision to dismiss this case because of personal matters that would not allow Plaintiff to devote sufficient time to move this case forward. Wherefore the Plaintiff respectfully requests the Court to dismiss this case.

Respectfully submitted,

*/s/ Jack F. Furay*

Jack E. Furay
P.O. Box 88
Lewis Center, Ohio 43035

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of PLAINTIFF'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AGAINST LVNV FUNDING, LLC AND RESURGENT CAPITAL SERVICES, LP was sent by Certified Mail # 7012 1010 0000 5885 2055 to counsel of record listed below for Defendants.

Boyd W. Gentry
Law Office of Boyd W. Gentry, LLC
2661 Commons Blvd., Suite 100
Beaver Creek, Ohio 45431
Dated August 16, 2013

*/s/ Jack E. Furay*
Jack E. Furay